UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MERIDIAN WORKING CAPITAL, LLC
and MERIDIAN PO FINANCE, LLC,

    Plaintiffs,

v.                                Case No: 8:12-cv-2901-T-30AEP

CAPITAL BRANDS, LLC, ERNEST W.
BLOCKBURGER and PETER R.
LAZZARI,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Dismissal, With Prejudice (Dkt. #19). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of September, 2013.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2012\12-cv-2901 dismiss 19.docx